**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

```
------------------------------X
WINDHAM TRADING CORPORATION,  :
                              :
        Plaintiff,            :
                              :    3: 01 CV 2409 (GLG)
    against                   :
                              :
PIER I IMPORTS (U.S.), INC.,  :
                              :
        Defendant.            :
------------------------------X
```

### JUDGMENT

A notice of proposed dismissal [#15] of the above-captioned action having been sent to counsel of record on December 8, 2003, pursuant to this Court's Local Rule 41(a) and;

No action having been taken by counsel subsequent to such notice and no satisfactory explanation therefor having been submitted to the Court within twenty (20) days of such notice;

It is ORDERED that this action be and hereby is dismissed without costs to any party.

**SO ORDERED.**

Dated at Waterbury, Connecticut, this 9th day of January, 2004.

_____/s/_____
**GERARD L. GOETTEL, U.S.D.J.**