UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

Jan 14   2 37 PM '04

U. S. DISTRICT COURT
NEW HAVEN, CONN.

---------------------------------------------------------------X
WINDHAM TRADING CORPORATION,          :      CIVIL ACTION NO.
                                      :      301 CV 2409 (GLG)
            Plaintiff,                :
                                      :
      V.                              :
                                      :
PIER 1. IMPORTS (U.S.), INC.,         :
                                      :
            Defendant.                :      JUNE ____, 2003
---------------------------------------------------------------X

### STIPULATION RE SETTLEMENT AND DISMISSAL

Defendant, Pier 1 Imports (U.S.), Inc. ("Pier 1") and Windham Trading

Corporation ("Windham") have entered into a comprehensive Settlement

Agreement resolving this lawsuit.  Pursuant to that Settlement Agreement, the

parties hereby stipulate as follows:

1.      Windham shall file herewith a voluntary dismissal of this action

with prejudice, without costs or attorney's fees to any party.

2.      The foregoing dismissal with prejudice shall have full res judicata

and collateral estoppel effect on the Plaintiff, its successors, privities, and assigns,

with respect to all issues, claims and rights that relate to the fact pattern asserted

in the Complaint, including related conduct, if any, that post-dated the filing of

the Complaint.

Settlement Agreement

Windham Trading Corporation/
Pier 1 Imports(U. S.), Inc.
Foreston Trends

3.    Windham ("Indemnitor") warrants and represents that it is the sole and exclusive owner of all proprietary rights in the Dynasty pattern including copyright and agrees to defend, indemnify and hold Pier 1, Foreston and the Pier 1 Released Parties (collectively the "Indemnitees") harmless with respect to all costs, damages and expenses (including reasonable attorney's fees and litigation costs) incurred through claims of third parties against all or any of the Indemnitees premised on any claim of third party ownership of any interest in the Dynasty pattern and/or the copyright therein, including without limitation, any reasonable settlement entered into by the Indemnitee(s).  The Indemnitees shall have the right to conduct and control their own defense and/or settlement of such claims using counsel of their choosing, ~~provided that 1.) the method and manner of such defense and/or settlement shall be commercially reasonable, 2.) the Indemnitees shall provide advance, written notice to Indemnitor of any significant action taken or contemplated to be taken in connection with the defense and/or settlement of such claims, and 3.) the Indemnitee(s) shall take~~ no ~~action that the Indemnitor reasonably asserts will be adverse to its interests provided, however, that the Indemnitor demonstrates in a commercially reasonable manner its ability to perform its indemnification obligations hereunder with respect to the claim(s) that trigger the indemnity and provided~~

*LH.*
*[initials]*

Settlement Agreement

Windham Trading Corporation/
Pier 1 Imports(U. S.), Inc.
Foreston Trends

~~further that in no event may Indemnitor assert that any reasonable settlement of such claim(s) will be adverse to its interests. In determining the reasonableness of the positions that the parties may take in connection with the foregoing~~ determinations, ~~the parties agree that the inconvenience to Pier 1 of having to participate in litigation, including the inconvenience to its employees, shall be weighed as a significant fact~~or.

4.      This Court shall retain exclusive jurisdiction to enforce this Stipulation and the Settlement Agreement and releases that are executed as part of the comprehensive settlement of this litigation and the parties' underlying dispute.  Notwithstanding the foregoing, Pier 1 and Foreston shall be entitled to institute proceedings in the Northern District of Texas or Central District of California, respectively, for purposes of interpretation and enforcement of the Stipulation and the parties' settlement agreement.

5.      Each of the .parties shall be responsible for their own costs and attorneys fees.

Dated: __10/2__, 2003

WINDHAM TRADING CORPORATION

By: _____

Neal L. Moskow, Esq.
Deborah M. Garskof, Esq.
Ury & Moskow, LLC
883 Black Rock Turnpike
Fairfield, CT 06825
(203) 610-6393

Settlement Agreement

Windham Trading Corporation/
Pier 1 Imports(U. S.), Inc.
Foreston Trends

Federal Bar #ct04516
Federal Bar #ct18779

Dated:__11/17____, 2003          PIER 1 IMPORTS (U.S.), INC

By:_____
Leora Hermann, Esq.
Grimes & Battersby
488 Main Ave., 3rd Floor
Norwalk, CT 06851
(203) 849-8300
Federal Bar #ct05904

Settlement Agreement

Windham Trading Corporation/
Pier 1 Imports(U. S.), Inc.
Foreston Trends