UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

Jan 14  2 37 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

-------------------------------------------------------X
WINDHAM TRADING CORPORATION,       :   CIVIL ACTION NO.
                                   :   301 CV 2409 (GLG)
        Plaintiff,                 :
                                   :
V.                                 :
                                   :
PIER 1. IMPORTS (U.S.), INC.,      :
                                   :
        Defendant.                 :   JUNE ____, 2003
-------------------------------------------------------X

**STIPULATION RE SETTLEMENT AND DISMISSAL**

Defendant, Pier 1 Imports (U.S.), Inc. ("Pier 1") and Windham Trading Corporation ("Windham") have entered into a comprehensive Settlement Agreement resolving this lawsuit. Pursuant to that Settlement Agreement, the parties hereby stipulate as follows:

1. Windham shall file herewith a voluntary dismissal of this action with prejudice, without costs or attorney's fees to any party.

2. The foregoing dismissal with prejudice shall have full res judicata and collateral estoppel effect on the Plaintiff, its successors, privities, and assigns, with respect to all issues, claims and rights that relate to the fact pattern asserted in the Complaint, including related conduct, if any, that post-dated the filing of the Complaint.

SO ORDERED.
Gerard L. Goettel, USDJ

Settlement Agreement

Windham Trading Corporation/
Pier 1 Imports(U. S.), Inc.
Foreston Trends