UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
-----------------------------------------------------------X
WINDHAM TRADING CORPORATION,      :   CIVIL ACTION NO.
                                  :   301 CV 2409 (GLG)
           Plaintiff,             :
                                  :
     V.                           :
                                  :
PIER 1. IMPORTS (U.S.), INC.,     :
                                  :
           Defendant.             :
-----------------------------------------------------------X

FILED
Jan 14  2 37 PM
U.S. DISTRICT COURT
NEW HAVEN, CONN.

SO ORDERED.
Gerard L. Goettel, USDJ

## DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN that Plaintiff, WINDHAM TRADING CORPORATION hereby dismisses, with prejudice, all claims asserted in the above-captioned action. Neither party shall be entitled to costs or attorney's fees.

Dated: 10/2, 2003

/s/ Neal L. Moskow

Neal L. Moskow, Esq.
Deborah M. Garskof, Esq.
URY & MOSKOW
518 Riverside Avenue
Westport, CT 06881
Tel: (203) 610-6393
Federal Bar No. ct04516
Federal Bar No. ct18779
Attorneys for Plaintiff
WINDHAM TRADING CORPORATION

Settlement Agreement

Windham Trading Corporation/
Pier 1 Imports(U. S.), Inc.
Foreston Trends