UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------X
WINDHAM TRADING CORPORATION      :
                                 :
        Plaintiff,               :
                                 :    **ORDER**
        -against-                :    3: 01 CV 2409 (GLG)
                                 :
PIER 1. IMPORTS (U.S.), INC.,    :
                                 :
        Defendant.               :
---------------------------------X

FILED
FEB 3  11 57 AM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

This Court, *sua sponte*, hereby VACATES the Order of Dismissal dated January 9, 2004, which dismissed the case pursuant to Local Rule 41(a). On January 14, 2004, the parties filed a Stipulation regarding Settlement and Dismissal of the case.

        **SO ORDERED.**


Dated:  January 22, 2004
        Waterbury, CT
                                    _____
                                        Gerard L. Goettel
                                            U.S.D.J.